AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

**FILED**
DEC 17 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  14-71545-MAG |
| Mark Faaita | ) | |
| | ) | Charging District:   District of Hawaii |
| *Defendant* | ) | Charging District's Case No.   CR14-0913-DKW |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | US District Court<br>District of Hawaii<br>Prince Kuhio Federal Building<br>300 Ala Maona Blvd.<br>Honolulu, HI 96850 | Courtroom No.: Mag. Judge Richard L. Puglisi |
|---|---|---|
| | | Date and Time: January 6, 2015 at 2:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   Dec 17, 2014

*Judge's signature*

Kandis A. Westmore, US Magistrate Judge
*Printed name and title*